IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION AT JACKSON

STEPHANIE POWELL AND KALIA POWELL                                    PLAINTIFF

VS.                                                           CAUSE NO.  3:16-cv-00127-CWR-LRA

TARGET CORPORATION D/B/A
TARGET STORE NO. 754, ADONUS LIGGINS,
LADERRICA THOMAS AND JOHN DOE 1-5                                    DEFENDANT

**TARGET CORPORATION'S MOTION FOR LEAVE TO FILE SURREBUTTAL IN SUPPORT OF ITS  RESPONSE AND OPPOSITION TO PLAINTIFFS' MOTION TO REMAND**

COMES NOW Defendant, Target Corporation, (sometimes hereinafter referred to as "Target"), by and through counsel, and hereby files this Motion for Leave to File Surrebuttal in Support of its Response and Opposition to Plaintiff's Motion to Remand [DOC #3].

Plaintiff has filed a Motion to Remand to which Target has filed a response and memorandum of authorities.  Plaintiff has filed a rebuttal.  Target seeks leave of Court to file a surrebuttal.  A copy of Target's proposed surrebuttal is attached hereto as Exhibit "A."

WHEREFORE, PREMISES CONSIDERED, Target respectfully requests the Court to grant leave of Court to allow Target to file a surrebuttal in support of its Response and Opposition to Plaintiff's Motion to Remand.

RESPECTFULLY SUBMITTED, this the 7th day of April, 2016.

                FOR:   TARGET CORPORATION

                BY:    */s/Monte L. Barton Jr*
                        MONTE L. BARTON JR.

OF COUNSEL:

Monte L. Barton Jr. (MSB #2095)
JERNIGAN, COPELAND & ANDERSON, PLLC
587 Highland Colony Parkway
Post Office Box 2598
Ridgeland, MS 39158-2598
Telephone: (601) 427-0048
Facsimile: (601) 427-0051
Email: mbarton@jcalawfirm.com

## CERTIFICATE OF SERVICE

I, the undersigned attorney of record, do hereby certify that I have this day served a true and correct copy of the foregoing Memorandum of Authorities in Opposition to Remand via PACER/ECF upon the following:

Edward Blackmon, Jr., Esq. (MSB #3354)
Janessa E. Blackmon, Esq.
BLACKMON & BLACKMON, PLLC
907 West Peace Street
Post Office Drawer 105
Canton, Mississippi 39046
Telephone: (601) 859-1567
Facsimile: (601) 859-2311
E-mail: edblackmon@blackmonlawfirm.com
E-mail: jeblackmon@blackmonlawfirm.com
*Attorneys for Plaintiffs*

THIS, the 7th day of April, 2016.

BY:   /s/Monte L. Barton Jr
      MONTE L. BARTON JR.